Howard B. Kleinberg, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530
Phone: (516) 741-6565
Fax: (516) 741-6706
Email: hkleinberg@msek.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

In re:

DOWLING COLLEGE f/d/b/a DOWLING INSTITUTE
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION
f/d/b/a CECOM a/k/a DOWLING COLLEGE, INC.,

Chapter 11

Case No. 16-75545 (REG)

Debtor.

--------------------------------------------------------------------------X

RONALD J. FRIEDMAN, ESQ., THE UNSECURED
CREDITOR TRUSTEE OF DOWLING COLLEGE
F/D/B/ADOWLING INSTITUTE F/D/B/A DOWLING
COLLEGE ALUMNI ASSOCIATION F/D/B/A CECOM
A/K/A DOWLING COLLEGE, INC,

Plaintiff,

v.

PATRICIA M. BLAKE, GERALD J. CURTIN, DENISE
FISCHER, MYRKA GONZALEZ, JACK O'CONNOR,
DENNIS O'DOHERTY, RONALD PARR, JOSEPH K.
POSILLICO, MICHAEL P. PUORRO, JOHN
RACANELLI, DEBORAH K. RICHMAN, SCOTT
RUDOLPH, and RALPH CERULLO,

Defendants.

Adv. Proc. No. 19-08063 (REG)

--------------------------------------------------------------------------X

**NOTICE OF MOTION OF PATRICIA M. BLAKE, GERALD J. CURTIN, MYRKA GONZALEZ, JACK O'CONNOR, DENNIS O'DOHERTY, RONALD PARR, JOSEPH K. POSILLICO, MICHAEL P. PUORRO, JOHN RACANELLI, DEBORAH K. RICHMAN, SCOTT RUDOLPH, AND RALPH CERULLO PURSUANT TO 28 U.S.C. § 157(d) TO WITHDRAW THE REFERENCE OF THIS <u>ADVERSARY PROCEEDING TO THE DISTRICT COURT</u>**

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Howard B. Kleinberg, dated June 12, 2019, the exhibits annexed thereto, the accompanying memorandum of law in support, and all the pleadings heretofore had herein, Defendants Patricia M. Blake, Gerald J. Curtin, Myrka Gonzalez, Jack O'Connor, Dennis O'Doherty, Ronald Parr, Joseph K. Posillico, Michael P. Puorro, John Racanelli, Deborah K. Richman, Scott Rudolph, and Ralph Cerullo, twelve of the thirteen defendants in the above-captioned adversary proceeding, hereby move the United States District Court for the Eastern District of New York, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, for an order, pursuant to 28 U.S.C. § 157(d), Rule 5011(a) of the Federal Rules of Bankruptcy Procedure, Eastern District of New York and Local Bankruptcy Rule 5011-1, withdrawing the reference of the above-captioned adversary proceeding to the United States District Court for the Eastern District of New York from the United States Bankruptcy Court for the Eastern District of New York and granting such other and further relief as the Court deems just and proper.

Dated:   Garden City, New York
         June 12, 2019

        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

        By:           *s/ Howard B. Kleinberg*
             Howard B. Kleinberg
        990 Stewart Avenue, Suite 300
        P.O. Box 9194
        Garden City, New York 11530-9194
        (516) 741-6565

        *Attorneys for Defendants Patricia M. Blake, Gerald J. Curtin, Myrka Gonzalez, Jack O'Connor, Dennis O'Doherty, Ronald Parr, Joseph K. Posillico, Michael P. Puorro, John Racanelli, Deborah K. Richman, Scott Rudolph, and Ralph Cerullo*